# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACUREN INSPECTION, INC., | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. _____ |
| RYAN DILLON, JESUS VILLALTA JR., BRIAN PERRY, AND AMERICAN PIPING INSPECTION, INC., | § § § § § | |
| *Defendants.* | § § | |

## VERIFICATION OF WESLEY CHATAGNIER

1. My name is Wesley Chatagnier, my date of birth is June 26, 1982, and my address is 1313 Pine Needle Ct, Madisonville, LA 70447.

2. I am the Senior General Manager – Gulf Coast Region of Plaintiff Acuren Inspection, Inc. ("Acuren"). I am more than twenty-one (21) years of age, of sound mind, and competent to testify.

3. I have read Plaintiff's Original Verified Complaint and the facts stated therein in Paragraphs 16-40, 42-44, 46-51, 55, 63, and 66-69 are true and correct and based on my personal knowledge or information available to me which I believe to be true and correct to the best of my knowledge, information, and belief.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in East Baton Rouge Parish, State of Louisiana, on the 15th day of May, 2024.

_____
Wesley Chatagnier