# EXHIBIT 2

CAUSE NO._____

| | | |
|---|---|---|
| ACUREN INSPECTION, INC. | § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| RYAN DILLON, JESUS VILLALTA, BRYAN PERRY, AND AMERICAN PIPING INSPECTION, INC., | § § § § § | |
| *Defendants*. | § | \_\_\_\_\_ JUDICIAL DISTRICT |

## DECLARATION OF WILLIAM WHITTINGTON

1. My name is William Whittington. I am over 21 years of age, of sound mind, and fully competent to make this Declaration. My address is 19630 Chaparral Berry Drive, Cypress, Texas 77433, and my date of birth is December 27 , 1984.

2. I have personal knowledge of the facts stated herein and they are all true and correct.

3. I am a Division Manager for Acuren Inspection, Inc. ("Acuren"). On or about April 24, 2023, I began reporting to Ryan Dillon ("Dillon"), a District Manager for Acuren.

4. Around the end of March 2024, Dillon asked me to go to lunch with him and individuals from American Piping Inspection, Inc. ("API") to discuss possible employment opportunities at API.

5. Dillon and I met with API personnel at Pappasitos, located at 7050 Farm to Market 1960 Road West, Houston, Texas 77069.

6. Among the lunch attendees was David Alcorn ("Alcorn"), President of API. We discussed several topics, including but not limited to, how much API needed to offer us for us to take a new position with API, whether we had technicians to bring to API, and whether we had

clients to bring to API. Alcorn specifically asked Dillon and myself whether we could bring Acuren employees and clients to API.

7. Soon after Dillon's and my meeting with API, Dillon and I both received employment offers from API.

8. Dillon and I regularly conferred about the employment opportunity at API, and Dillon was optimistic about our future prospects with API.

9. In the days and weeks following the lunch with API, Dillon and I both spoke to Acuren-employed technicians who worked on our respective teams and informed them of our intent to leave Acuren for API. We also informed them that there would be opportunities for them at API after we transitioned into our new roles. (*See* April 4, 2024 Text Messages between Dillon and Whittington, attached hereto as Exhibit A.) Dillon, while still employed by Acuren, was spearheading the efforts to recruit Acuren employees to join API.

10. Likewise, Dillon and I, each individually, spoke to Acuren clients and informed them of our intent to leave Acuren for API. We informed these Acuren clients of our desire to take their business to API and continue our relationship with them if they so wished at API. We solicited these Acuren clients to specifically bring them over to API and for API's benefit. Dillon informed me by text message that he was successful in soliciting clients to switch their business to API – all actions he took while still employed by API. (*See* Exhibit A.)

11. At some point in April, I contacted Kenneth Grimes ("Grimes"), a former Acuren employee who works for API to discuss my joining API with some other Acuren employees.

12. As plans progressed regarding Dillon's and my departure from Acuren, on or around April 26, 2024, I learned that Dillon recruited two Operations Managers who reported to him, Jesus Villalta Jr. ("Villalta") and Bryan Perry ("Perry"), to join us at API. (*See* Exhibit A.)

2

13. I negotiated a job offer for myself. I believe that Dillon negotiated job offers for himself, Villalta, and Perry, and believe that in doing so, he gave API information regarding Acuren employment terms, including compensation and necessary increased salaries that would make an employment offer from API attractive to Villalta and Perry.

14. Upon information and belief, Villalta and Perry emailed their respective resignations to Dillon on April 26, 2024, but Dillon may not have informed his superiors at Acuren until we all resigned on April 29, 2024.

15. Dillon resigned from Acuren initially on April 29, 2024 and then again (officially) on May 1, 2024.

16. I too initially resigned on April 29, 2024, but have decided to retain my position at Acuren.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in __Harris__ County, State of Texas, on the __3rd__ day of May, 2024.

_____
William Whittington
Declarant

3

# EXHIBIT A





2:50

Ryan

It goes both ways brother.

Monday I am meeting with Weldfit to get a time line established.

I meet with Performance Tuesday for lunch to get a verbal on starting the MsA with them. This same guy got me hooked up here and I have taken great care of him, so I am certain he will do it again.

Devon Energy I am meeting for dinner in Seguin, TX on Tuesday.

Oneok is going to be with me all day Friday at the ASNT tournament and I will get that locked in. Might try to get Mike out Wednesday before the tournament if I have availability.

Love that. I'm driving if you want to holler



2:51

Ryan >

They won't say anything brother. They know we all get fired if they say anything.

With Weldfit LOCKED in, I am really not worried anymore man. That site alone supports ALL of our indirect salaries. Of course that isn't how we want to look at it, but it is still the fact of the matter man.

Agreed

What did you work out for Brian? He's happy with it ?

Yes sir. Essentially the same as Junior. We would be too short without him.

I didn't want you and I pulling a Junior in different directions and causing issues there. Now we have 2 Ops guys.