# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ACUREN INSPECTION, INC., § § *Plaintiff*, § § v. § § RYAN DILLON, JESUS VILLALTA JR., § BRIAN PERRY, AND AMERICAN § PIPING INSPECTION, INC., § § *Defendants.* § | Civil Action No. _____ |

## VERIFICATION OF MICHAEL SAUNDERS

I, Michael Saunders, swear under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief, which is based on my personal knowledge:

1. I am a Digital Forensic Analyst/Financial-Fraud Investigator and Testifying Expert at LCG, LLC ("LCG").

2. LCG is a leading provider of computer forensic examinations based in the Houston area (within the State of Texas).

3. Plaintiff Acuren Inspection, Inc. ("Acuren") retained LCG to assist with the computer forensic analysis of computers issued by Acuren to Ryan Dillon, Jesus Villalta Jr., and Brian Perry (collectively, the "Individual Defendants"), with a specific focus on the Individual Defendants' computing activity before their resignations from employment with Acuren and any evidence and computer artifacts suggesting the use of external storage devices, e-mail, and cloud-based accounts to transfer files from the computer and/or to save or store files on external storage devices.

1

4. I have read the allegations in Paragraphs 52-54, 56-62, 64-65 of Plaintiff's Original Verified Complaint, regarding computing activity on the computers issued to and/or used by the Individual Defendants before their resignations from employment with Acuren.

5. All such allegations are true and correct to the best of my knowledge, information, and belief.

6. This Verification is limited to the forensic investigation into the Individual Defendants' computing activity, which is ongoing.

7. A true and correct copy of my CV is attached to this Verification as <u>Exhibit A</u>.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 15, 2024

_____
Michael Saunders

# EXHIBIT A

# Michael J Saunders

*Digital Forensics/Financial Investigator/Testifying Expert*
O: 832.251.6600
M: 336.596.7233
msaunders@lcg-global.com



## CURRICULUM VITAE

Mr. Saunders is a Digital Forensic Analyst/Financial-Fraud Investigator and Testifying Expert at LCG. Mr. Saunders has over 26 years of law enforcement experience, including 14 years as a detective assigned to the Computer Forensics Section and 10 years assigned to the United States Secret Service Federal Financial Crimes Task Force.

## PROFESSIONAL EXPERIENCE

As an Analyst/Investigator and Testifying Expert at LCG, Mr. Saunders is responsible for assisting individuals, corporations and law firms in civil investigations that include harassment/stalking, personal injury, wrongful death, fraud, complex intellectual property theft, trade secret misappropriation and sensitive employment matters at both the state and federal level. In that capacity, he consults with clients regarding high-tech investigations in specialized areas such as evidence collection/preservation, investigative oversight and strategy development, interpretation of evidence/forensic findings, technical investigations and the production of highly detailed investigative reports.

Mr. Saunders has over 26 years of investigative experience in criminal investigations serving as a sworn Officer and Detective with the Winston-Salem (North Carolina) Police Department from 1992 through 2018. During his tenure as a Detective, Mr. Saunders was responsible for the investigation of numerous felony level criminal investigations including complex violent offenses, homicide, sexual crimes and computer crimes/digital forensics. Additionally, for 10 years Mr. Saunders was a Detective assigned to the United States Secret Service Federal Financial Crimes Task Force in the Middle District of North Carolina where he was responsible for the investigation of complex white-collar and financially based crimes.

In addition to his role as a Detective, Mr. Saunders served in the Computer Forensics Section of the Winston Salem Police Department for 14 years as a Computer Forensic Examiner. During that time, Mr. Saunders received over 1000 of hours of specialized training in digital forensics and computer related crime investigation including the preservation, analysis and presentation of evidence from a wide range of digital media. In his role as a Computer Forensic Examiner, Mr. Saunders assisted local, state, and federal agencies including the North Carolina State Bureau of Investigation, Federal Bureau of Investigation, Drug Enforcement Administration, Bureau of Alcohol, Tobacco and Firearms, Immigration and Customs Enforcement, Homeland Security, and the U.S. Probation Department in the acquisition and analysis of digital evidence for a range of complex investigations and offenses. Mr. Saunders has engaged in over 1,000 forensic analyses/investigations involving the collection and preservation of data, complex data analysis, and the preparation of complex reports detailing his findings and opinions. Additionally, Mr. Saunders has extensive testimony experience having provided sworn testimony and/or documentation in well over 500 criminal matters combined in both State and Federal Courts in the form of affidavits, hearings, depositions, grand juries and trials and has served as a court approved expert witness in computer forensics.

## POSITIONS HELD

- **Digital Forensics Investigator/ Testifying Expert** – LCG, Houston, TX
- **Detective, Computer Forensics** – Winston-Salem Police Department, Winston-Salem, NC
- **Detective, Financial Crimes** – Winston-Salem Police Department, Winston-Salem, NC

## EDUCATION AND CERTIFICATIONS

- State of Texas Private Investigator License #88102001
- Advanced Law Enforcement Certificate – State of North Carolina
- Appalachian State University- Bachelor of Science – Criminal Justice
- Cellebrite Certified Physical Analyst (CCPA)
- Cellebrite Certified Operator (CCO)
- Access Data Certified Examiner (ACE)
- Professional Certificate in Digital Forensics – American Academy of Applied Forensics

## SELECTED TRAINING

- Basic Computer Evidence Recovery Training - United States Secret Service National Computer Forensics Institute
- Advanced Computer Forensic Training - United States Secret Service National Computer Forensics Institute
- Basic Investigation of Computer and Electronic Crimes – United States Secret Service National Computer Forensics Institute,
- Basic and Intermediate Data Recovery – National White-Collar Crime Center
- Internet Trace Evidence – National White-Collar Crime Center
- NT Operating Systems - National White-Collar Crime Center
- Fundamentals of Cybercrime Investigation – North Carolina Justice Academy
- Windows Forensic Analysis (SANS 408) – SANS Forensics
- Advanced JTAG Mobile Forensics - Teel Technologies,
- FTK Access Data Bootcamp, Windows Forensics, and Windows Vista Forensics
- EnCase Intermediate and Advanced Computer Forensics
- Basic, Intermediate and Advanced Computer Forensics – American Academy of Applied Forensics
- Level 2: Mobile Device Forensics - American Academy of Applied Forensics
- Cell Phone Forensics - American Academy of Applied Forensics
- Cell Phone Forensics Paraben Corporation
- Introduction to GPS for Law Enforcement - American Academy of Applied Forensics
- Introduction to Wireless Investigations - American Academy of Applied Forensics
- Investigation of Smart Phone Applications - American Academy of Applied Forensics
- Automotive Digital Evidence - American Academy of Applied Forensics
- North Carolina Internet Crimes Against Children Project Safe Childhood Training Conferences 2007 and 2009
- Search and Seizure of Electronic Evidence - American Academy of Applied Forensics
- FFMPEG - A Dynamic Forensic Video Workflow - LEVA International
- Advanced Fraud Investigations - Miami-Dade Police Academy, Miami, FL
- Financial Investigative Techniques - United States Internal Revenue Service

## PROFESSIONAL ASSOCIATIONS

- High Technology Crime Investigation Association (HTCIA)

## SELECTED SWORN TESTIMONY – CRIMINAL

*Affidavits, Depositions, Hearings, Grand Juries, Trials*

Mr. Saunders has been accepted by courts an expert witness and has provided testimony on numerous occasions both federal and state courts. The following are select criminal matters for which testimony has been provided:

- **U.S. v. Erika Archie (Greensboro, NC)**
    - Court accepted expert witness for Government, Prescription Fraud (forensic examinations, reports and testimony).

- **State of North Carolina v. Paul Allen**
    - Court accepted expert witness for State, Child Exploitation (forensic examinations, reports and hearings).

- **State of North Carolina v. Rev. Rodney Boothe**
    - Court accepted expert witness for State, Statutory Sex Offenses (forensic examinations, reports and testimony).

- **State of North Carolina v. James Cherney**
    - Court accepted expert witness for State, Sexual Assault (forensic examinations, reports and testimony).

- **State of North Carolina v. Stony Daw**
    - Court accepted expert witness for State, Sexual Assault (forensic examinations, reports and testimony).

## SELECTED SWORN TESTIMONY - CIVIL

*Affidavits, Depositions, Hearings, Grand Juries, Trials*

- **MMR Constructors Inc. v. JB Group of LA, LLC D/B/A Infrastructure Solutions Group and David Heroman (Middle District of Louisiana)**
    - Expert witness for the Plaintiff in intellectual property and trade secrets theft suit (affidavit/report)

- **Ring Street LLC v. Cypress Connects LLC, Christopher Beacher and Stuart Sauber (Eastern District of Louisiana)**
    - Expert witness for the Plaintiff in intellectual property and trade secrets theft suit (affidavit/report)