# EXHIBIT 4

5/6/2024 11:17 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 87405239
By: Marcella Hill
Filed: 5/6/2024 11:17 AM

Cause No. 2024-28695

| | | |
|---|---|---|
| Acuren Inspection, Inc. | § | 164th District Court |
| | § | |
| v. | § | |
| | § | |
| Ryan Dillon, Jesus Villalta Jr., | § | |
| Brian Perry, and American | § | |
| Piping Inspection, Inc. | § | Harris County, Texas |

## Defendants' Verified Special
## Appearances to Contest Personal Jurisdiction

Each of the three agreements on which Plaintiff bases its claims (Exhibits 1-3 to the Petition) contains forum selection clause providing for exclusive jurisdiction in Connecticut. Plaintiff cannot rely on these alleged agreements to support its claims while simultaneously ignoring the forum selection clauses. Accordingly, in accordance with Tex. R. Civ. P. 120a, Defendants file this verified special appearance seeking dismissal of this suit for lack of personal jurisdiction. (Defendants do not admit or concede that they signed the alleged agreements or that they are enforceable.)

Respectfully Submitted,

/s/ *Zach Wolfe*
Zach Wolfe
State Bar No. 24003193
zach@zachwolfelaw.com

Zach Wolfe Law Firm
50 Briar Hollow Lane
Suite 370 West
Houston, Texas 77027
832-707-5883

**Attorney for Defendants**

1

## Verification

Zach Wolfe declares as follows:

1. I am over the age of 18 years, competent to testify, and have personal knowledge that the facts stated in this declaration are true.

2. As counsel for Defendants, I have reviewed Exhibits 1-3 to the Original Petition. Each of those alleged agreements provides for "exclusive jurisdiction" in Connecticut for the resolution of any dispute regarding or arising out of the agreement.

I submit this Declaration in lieu of an affidavit as authorized by Tex. Civ. Prac. & Rem. Code § 132.001. In accordance with the statute, I state that my name is Zach Wolfe, and my business address is 50 Briar Hollow Lane, Suite 370 West, Houston, TX 77027. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on the 6th day of May, 2024.

_____
Zach Wolfe

## Certificate of Service

This document is being served on Plaintiff's counsel via electronic service on May 6, 2024.

/s/ *Zach Wolfe*
Zach Wolfe

2