# **EXHIBIT 5**

**CONFIDENTIALITY AND NON-SOLICITATION AGREEMENT**

Form 4

This Confidentiality and Non-Solicitation Agreement ("Agreement") is entered into between *Acuren Inspection Corporation* ("Employer") and ___Ryan Dillon___ ("Employee") as of ___August 19___, 20_16_ (date).

**Consideration.** Employee understands and agrees that his/her agreement to be bound by the terms of this Agreement is a necessary condition for new or continued employment, additional hours of work and eligibility for future compensation increases.

**Business Information; Confidential Information of Others.** "Business Information" means any and all of Employer's trade secrets, confidential or proprietary information, and all other information and data that is not generally known to third persons who could derive economic value from its use or disclosure. Employee will not at any time during Employee's employment by Employer or thereafter use or disclose to others any Business Information except as specifically authorized by Employer or as may be required in the performance of Employee's duties for Employer. Employee agrees not to reveal to Employer or use in Employee's work any confidential information that belongs to others.

**Employer Property.** All tangible materials, equipment, documents, data compilations, software programs and electronically created or stored materials that Employee receives or makes in the course of employment with Employer are and shall remain the property of Employer and Employee agrees to immediately return such property to Employer upon Employer's request and/or upon the cessation of Employee's employment with Employer.

**Best Efforts and Duty of Loyalty.** During the term of Employee's employment with Employer, Employee will devote his/her full time, energy and best efforts to the furtherance of the business of Employer and agrees not to act in a manner that conflicts with the best interests of Employer.

**Nonsolicitation of Employees and Customers.** During the term of Employee's employment with Employer and for twelve (12) months immediately thereafter, Employee agrees not to directly or indirectly (a) solicit, encourage or attempt to induce any employee of Employer with whom Employee dealt or about whom Employee had access to confidential information to terminate their employment with Employer or (b) other than on behalf of Employer, to sell, attempt to sell, or assist in selling any products or services to any actual or prospective customer of Employer with whom Employee dealt or about whom Employee had access to Business Information during the last twelve months of Employee's employment with Employer.

**Inventions.** "Inventions" means discoveries, concepts and ideas, whether or not patentable or copyrightable, arising out of or related to any present or prospective activities of Employer in which Employee is engaged or of which Employee becomes aware as a result of Employee's employment with Employer. Employee hereby assigns to Employer all rights, title and interest Employee may have in any such Invention, and agrees that all such Inventions shall be the exclusive property of Employer.

**Governing Law; Other Legal Principles.** This Agreement shall be construed and enforced in accordance with the substantive laws of the State of Connecticut (for U.S. based employees), the Province of Alberta (for Canada based employees) or England (for U.K. based employees), without giving effect to conflict of law principles; Employee and Employer hereby consent to the exclusive jurisdiction of the state and federal courts located in Connecticut (U.S. employees), the courts located in Alberta (Canada employees) or the courts of England and Wales (U.K. employees) for the resolution of any dispute regarding or arising out of this Agreement; and Employee agrees to the exclusive personal jurisdiction thereof for any dispute regarding or arising out of this Agreement. If any provision of this Agreement is unenforceable as written, it is the parties' express desire that such provision be deemed modified such that the contested provision will have the closest effect permitted by applicable law. This Agreement constitutes the entire agreement of the parties with respect to the subjects addressed herein.

EMPLOYEE:
Signature: _____
Print Name: ___Ryan Dillon___

EMPLOYER:
Signature: _____
Print Name: ___Trica Wilson___
Print Title: ___HR Dept___