# EXHIBIT 9



17110 East Pine St, Tulsa, OK 74116
Ph1: 918-234-6300 | Fax: 918-234-6301
www.americanpipinginspection.com

Ryan Dillon,                                                04/01/2024

On behalf of American Piping Inspection, we are delighted to offer employment for the position of Operations Manager of our Northwest Houston Division. Please review the summary of terms and conditions for your anticipated employment with us.

If you accept this offer, your start date will be a mutually agreed upon date.

Below explains the terms and conditions of your employment, should you accept this offer letter:

**Position**: Your title will be a Operations Manager and you will report to David Alcorn. This is a full-time position and while you are employed at this Company, you will not engage in any other employment, consulting, or other business activity (whether full-time or part-time) that would create a conflict of interest with the Company. By signing this letter of agreement, you confirm that you have no contractual commitments or other legal obligations that would prohibit you from performing your duties for the Company.

**Compensation**: The Company will pay you a salary at the rate of $Redacted/salary payable in accordance with the Company's standard payroll schedule.
- Redacted month vehicle allowance with fuel card
- Redacted igning offer with $Redacted to be paid in 30 days and $Redacted to be paid 60 days later.
- Redact commission

**NOTICE:** If you are subject to post-employment restrictions with a current or former employer, including non-compete, non-solicitation, or confidentiality provisions, that might limit or restrict your freedom to perform any of the roles and responsibilities set forth above, this offer above is contingent upon API's receipt and review of any such agreement(s). You are required to provide us with a copy of any such agreement(s) within one (1) week of your receipt of this offer. If you fail to disclose your contractual restrictions to API as required by this notice, API may be forced to take adverse action, including termination of your employment, in response to a claim against you and/or API arising from your alleged breach of such agreement(s). To avoid this risk and uncertainty, API requires each of its applicants to disclose such restrictions. We greatly appreciate your understanding and compliance.

**Employee Benefits**: As an employee of the API, you will be eligible to participate in several Company-sponsored benefits program, including:

- Vacation (Policy based on the employee handbook)
- 401K
- Paid Holidays
- Medical & Life Insurance
- Dental and Vision Insurance

---

17110 East Pine St, Tulsa, OK 74116
Ph1: 918-234-6300 | Fax: 918-234-6301
www.americanpipinginspection.com

**Employment:** Your employment with the Company will be "at will," meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause.

**Deadline for Accepting Offer:** We very much hope that you will accept this offer by signing in the space provided below and returning a signed copy of this letter to me (in person or by email). This offer will automatically expire and be rescinded if you do not return this letter by the listed date or obtain an extension of time from me.

We look forward to having you join our organization and believe that this position will provide you with the kind of challenges and career growth you are seeking.

Sincerely,



Kelsey Carter, Human Resources
American Piping Inspection

---

**Acceptance of Offer:** I hereby accept the terms of employment set forth above.